Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.



FILED

MAY 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., | Case No. __08 CV 0849 j AJB__ |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| ALFONSO VALENCIA GUTIERREZ and NOEMI GUTIERREZ, INDIVIDUALLY and d/b/a PONCHO'S TACO SHOP, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, KingVision Pay-Per-View, Ltd. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, KingVision Pay-Per-View, Ltd.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

1    *Defendant,* Alfonso Valencia Gutierrez, individually and d/b/a Poncho's Taco Shop

2    1279 E. Main Street
     El Cajon, CA 92021

3

4    *Defendant,* Noemi Gutierrez, individually and d/b/a Poncho's Taco Shop

5    1279 E. Main Street
     El Cajon, CA 92021

6

7

8

9    Dated:          7/9/08                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                             By: Thomas P. Riley
11                                             Attorneys for Plaintiff
                                               KingVision Pay-Per-View, Ltd.
12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19

20   ///

21   ///

22   ///

23   ///

24

25   ///

26   ///

27   ///

28