| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.| |
| ATTORNEY FOR (Name): PLAINTIFF | PONCHO'S TACO SHOP 4/14/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA 92101-8900

PLAINTIFF/PETITIONER:
KING VISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:
GUTIERREZ

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 08CV0849JAJB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL ACTION & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served: ALFONSO VALENCIA GUTIERREZ, INDIVIDUALLY AND D/B/A PONCHO'S TACO SHOP

4. Address where the party was served: 1279 EAST MAIN STREET
   (Business) EL CAJON, CA 92021

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: August 13, 2008 at: 02:03 pm
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. Person who served papers
   a. K. LIGOCKI
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $65.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 1378
      (iii) County: SAN DIEGO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 19, 2008

_K. Ligocki_
K. LIGOCKI

Judicial Council form POS-010 Rev 01/01/07     PROOF OF SERVICE     11439-1/asgenp