| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br> | |
| ATTORNEY FOR (Name):    PLAINTIFF | PONCHO'S TACO SHOP 4/14/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA  92101-8900

PLAINTIFF/PETITIONER:
KING VISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:
GUTIERREZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 08CV0849JAJB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL ACTION & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served:   NOEMI GUTIERREZ, INDIVIDUALLY AND D/B/A PONCHO'S TACO SHOP

4. Address where the party was served:   1279 EAST MAIN STREET
   EL CAJON, CA  92021

5. I served the party
   b. **by substituted service.** On:   August 14, 2008 at: 01:11 pm I left the documents listed in item 2
      with or in the presence of   ALFONSO VALENCIA GUTIERREZ - PERSON IN CHARGE
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
      under the following Code of Civil Procedure section :
         SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. Person who served papers
   a. F. SARKISYAN
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was:  $80.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 1227
      (iii) County: SAN DIEGO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 19, 2008

F. SARKISYAN

Judicial Council form POS-010 Rev. 01/01/07

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.| |
| ATTORNEY FOR (Name): PLAINTIFF | PONCHO'S TACO SHOP 4/14/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA 92101-8900

PLAINTIFF:
KING VISION PAY-PER-VIEW, LTD.

DEFENDANT:
GUTIERREZ

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0849JAJB |
|---|---|---|---|---|

I received the within process on August 11, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: NOEMI GUTIERREZ, INDIVIDUALLY AND D/B/A PONCHO'S TACO SHOP

Residence: Residence address was not known at the time of service.

Business: 1279 EAST MAIN STREET, EL CAJON, CA 92021

As enumerated below:

August 12, 2008   10:06 pm
    NOT IN (BUSINESS).
August 13, 2008   07:03 am
    NOT IN (BUSINESS).
August 14, 2008   01:10 pm
    NOT IN (BUSINESS) PER ALFONSO "DOE" (REFUSED LAST NAME), PERSON IN CHARGE.
August 14, 2008   01:11 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
F. SARKISYAN
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $80.00
I am: registered California process server.
    independent contractor
    Registration No.: 1227
    County: SAN DIEGO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 19, 2008

F. SARKISYAN

Judicial Council form POS-010                 DECLARATION REGARDING DILIGENCE                 11439-2/asds

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR (Name):  PLAINTIFF | Ref. No. or File No.<br>PONCHO'S TACO SHOP 4/14/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA  92101-8900

PLAINTIFF/PETITIONER:

KING VISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:

GUTIERREZ

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>08CV0849JAJB |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **August 15, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL ACTION & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

NOEMI GUTIERREZ, INDIVIDUALLY AND D/B/A PONCHO'S TACO SHOP
1279 EAST MAIN STREET
EL CAJON, CA 92021

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $80.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 19, 2008

M. MANCHESTER

Judicial Council form POS-010

PROOF OF SERVICE BY MAIL